B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Debra L. Slattery                                      ,          Case No.  19-11355

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust | Citibank, N.A., as trustee for CMLTI Asset Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   c/o SN Servicing Corporation
   323 Fifth Street
   Eureka, CA 95501
Phone:  800.603.0836
Last Four Digits of Acct #:        1807

Court Claim # (if known):        3-1
Amount of Claim:        $219,911.57
Date Claim Filed:        06/19/2019

Phone:  312.291.3781
Last Four Digits of Acct. #:        4127

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons          Date:  02/01/2021
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.