**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Debra L. Slattery |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 19-11355 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in it's individual capacity but solely as the trustee for the brougham fund I trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to Identify the debtor's account: 7615

**Date of payment change:**
Must be at least 21 days after date of this notice: 4/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 2,256.75

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** 5.375 %     **New interest rate:** 4.250 %

   **Current principal and interest payment:** $1,225.62     **New principal and interest payment:** $1,142.55

## Part 3: Mortgage Payment Adjustment

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1   Debra L. Slattery                                 Case number (if known)   19-11355
           First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

❑ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Theodore Konstantinopoulos                              Date   3/11/2020
Signature

Print                                                       Title   Attorney for Creditor
         Theodore                    Konstantinopoulos
         First name      Middle name      Last name

Company     Anselmo Lindberg & Associates LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1771 W. Diehl Road, Suite 120
            Number     Street
            Naperville                         IL         60563
            City                               State      ZIP Code

Contact Phone   (630) 453-6960            Email     ILBankruptcy@dallegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                      CASE NO. 19-11355

Debra L. Slattery                          CHAPTER 13

Debtor(s).                                JUDGE LaShonda A Hunt

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, a true and correct copy of the foregoing "NOTICE OF MORTGAGE PAYMENT CHANGE" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David M Siegel, Debtor's Counsel
    Glenn B Stearns, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Debra L. Slattery, 20016 Lakeview Way, Mokena, IL 60448

                                                 /s/ Veronica Gerardo
                                                 Anselmo Lindberg & Associates LLC
                                                 1771 W. Diehl Rd., Ste. 120
                                                 Naperville, IL 60563-4947
                                                 630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
                                                 ILBankruptcy@dallegal.com
                                                 Firm File Number: B19050042